UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **KEVIN L. GREEN, SR,** | ) | CASE NO.  4:04CV1123 |
| | ) | |
| Petitioner, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| **ANTHONY J. BRIGANO, Warden** | ) | ORDER |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

On December 10, 2004, this Court issued an order assigning this case to Magistrate Judge George J. Limbert. (Dkt. #6). On June 21, 2005, Magistrate Judge Limbert issued a Report and Recommendation that this petition for writ of federal habeas corpus be dismissed with prejudice. (Dkt. #16).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. #16) is hereby **ADOPTED**, and this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

>	**/s/ Peter C. Economus - October 4, 2005**
>	**PETER C. ECONOMUS**
>	**UNITED STATES DISTRICT JUDGE**